# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RBDS RUBBISH BOYS DISPOSAL**
**SERVICE INC.,**

    **Plaintiff,**

v.                                       Case No. 8:10-cv-872-T-30EAJ

**DANIEL SALOMON and**
**FEIRUCE SALOMON, JR.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff RBDS' Motion to Strike Defendant Feiruce Salomon's Answer Without Prejudice, Or in the Alternative, Request That All Allegations of RBDS' Complaint Be Deemed Admitted As to Feiruce Salomon (Dkt. 13). Defendant Feiruce Salomon ("Salomon") failed to file a response to Plaintiff's motion. The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that Plaintiff's motion should be granted to the extent that Salomon's answer should be stricken without prejudice to Salomon to file an amended answer within fourteen (14) days.

Salomon, who is *pro se*, filed a pleading which was construed as an answer on May 6, 2010 (Dkt. 7). The answer responds to some of the allegations of Plaintiff's complaint,

but not others, and appears to seek affirmative relief from the Court, including the cancellation of RBDS' "1-800-GOT-JUNK" mark.

Under Fed. R. Civ. P. 8(b), in responding to a pleading, a party must "admit or deny the allegations asserted against it by an opposing party." A party also must "state in short and plain terms its defenses to each claim asserted against it." *Id.* Salomon did not respond to paragraphs 1-18 and 27-55 of Plaintiff's complaint. Salomon also appeared to state various affirmative defenses to Plaintiff's claims, however, the defenses are not entirely clear. Lastly, Salomon did not provide sufficient contact information in his answer, which is required under Fed. R. Civ. P. 11(a) and Local Rule 1.05(d).

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff RBDS' Motion to Strike Defendant Feiruce Salomon's Answer Without Prejudice, Or in the Alternative, Request That All Allegations of RBDS' Complaint Be Deemed Admitted As to Feiruce Salomon (Dkt. 13) is hereby GRANTED to the extent that Defendant Feiruce Salomon's Answer (Dkt. 7) is hereby stricken without prejudice.

2. Salomon must file an amended answer within fourteen (14) days from the date of this Order that complies with Fed. R. Civ. P. 8. Specifically, the amended answer should respond to each numbered allegation in Plaintiff's complaint, admitting the substance of those allegations that are true, denying the substance of those allegations that are untrue, and, if he lacks sufficient information to either admit or deny an allegation, he may respond "without knowledge."

3. The amended answer must also include Salomon's signature, mailing address, phone number, and e-mail address.

**DONE** and **ORDERED** in Tampa, Florida on June 16, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-872.mtstrike.frm